IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                CASE NO. 1:98-cr-00014-MP

TRAVIS AUGUSTAL CHEEK,

    Defendants.
_____/

## **O R D E R**

A hearing was held on July 21, 2006, in this case on Doc. 482, a petition alleging three violations of supervised release by Mr. Cheek. At the hearing, Mr. Cheek admitted violations two and three but denied violation one. The alleged victim of violation number one was not present, and the Court was informed that alleged victim had been shot. Accordingly, the hearing and disposition of the petition is hereby continued until August 29, 2006, at 1:00 p.m.

**DONE AND ORDERED** this *27th* day of July, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge